UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID SANDOVAL, RAUL CORIA, and all similarly situated persons,<br><br>     Plaintiffs,<br><br>     v.<br><br>RIZZUTI FARMS, LTD., and JOHN R. RIZZUTI and JANE DOE RIZZUTI, a marital community,<br><br>     Defendants. | No. CV-07-3076-EFS<br><br>**ORDER DISMISSING CASE** |

By Stipulation filed May 6, 2011 (ECF No. 291), the parties advised the Court that the above-captioned matter should be dismissed with prejudice, in accordance with the Order Approving Class Settlement and Distribution of Funds (ECF No. 290) and pursuant to Federal Rule of Civil Procedure 41.

Therefore, **IT IS ORDERED:**

1. The Complaint **(ECF No. 2)** is **DISMISSED with prejudice**;

2. All pending trial and hearing dates are **STRICKEN**;

3. All pending motions are denied as **MOOT**; and

4. This file shall be **CLOSED**.

**IT IS SO ORDERED.** The District Court Executive is directed to

//

/

enter this Order and distribute copies to counsel.

**DATED** this  9th   day of May 2011.

```
                    s/ Edward F. Shea
                     EDWARD F. SHEA
              United States District Judge
```

`Q:\Civil\2007\3076.Stip.Dismiss.frm`